EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br> Cándido Valcárcel Ríos | 2013 TSPR 47 <br><br> 188 DPR ____ |

Número del Caso: TS-6015

Fecha: 25 de abril de 2013

Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Cándido Valcárcel Ríos                    TS-6,015


RESOLUCIÓN

San Juan, Puerto Rico, a 25 de abril de 2013.

Examinada la *Moción Solicitando la Admisión como Abogado Activo* presentada por el Lcdo. Cándido Valcárcel Ríos, se provee ha lugar. Se ordena a la Secretaría registrar el cambio en el Registro Único de Abogados y Abogadas.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo